Jon A. Tostrud (SBN 199502)
TOSTRUD LAW GROUP, P.C.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile (310) 278-2640
Email: jtostrud@tostrudlaw.com

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVYN KLEIN, Derivatively on Behalf of Nominal Defendant WageWorks, Inc., <br><br> Plaintiff, <br><br> JOSEPH L. JACKSON, THOMAS A. BEVILACQUA, BRUCE G. BODAKEN, MARIANN BYERWALTER, JEROME D. GRAMAGLIA, JOHN W. LARSON, ROBERT L. METZGER, AND EDWARD C. NAFUS, <br><br> v. <br><br> Defendants, <br><br> WAGEWORKS, INC., a Delaware Corporation, <br><br> Nominal Defendant. | CASE NO.: 18-4445 <br><br> **VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br><br><br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

Plaintiff Melvyn Klein ("Plaintiff"), on behalf of WageWorks, Inc. ("WageWorks" or the "Company"), derivatively, alleges the following based upon

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1

personal knowledge as to himself and his own acts, and upon information and belief and investigation of counsel as to all other matters.  That investigation included, among other things, a thorough review and analysis of public documents, court filings, press releases and news articles concerning WageWorks, and the other facts as set forth herein:

## NATURE OF THE ACTION

1.  This is a shareholder derivative action brought on behalf of and for the benefit of WageWorks, against certain of its officers and/or directors named as defendants herein seeking to remedy their breaches of fiduciary duties. Defendants' actions have caused, and will continue to cause, substantial financial harm and reputational damage to WageWorks.

## JURISDICTION AND VENUE

2.  This Court also has jurisdiction over the claims asserted herein under 28 U.S.C. § 1331 because Plaintiff and Defendants have diverse citizenship.

3.  The Court has jurisdiction over each defendant because each defendant is either a corporation that does sufficient business in California or is an individual who has sufficient minimum contacts with California so as to render the exercise of jurisdiction by the California courts permissible under traditional notions of fair play and substantial justice.

4.  Venue is proper in this District pursuant to 28 U.S.C. § 1391 because one or more of the Defendants either resides in or maintains executive offices in this District, including Nominal Defendant WageWorks, a substantial portion of the transactions and wrongs complained of herein – including Defendants' primary participation in the wrongful acts detailed herein and aiding and abetting in violations of fiduciary duties owed to WageWorks – occurred in this District, and Defendants have received substantial compensation in this District by doing business here and engaging in numerous activities that had an effect in this District.

5.     In connection with the acts and conduct alleged herein, Defendants, directly and indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the United States mails, interstate telephone communications, and the facilities of the national securities exchanges and markets.

## PARTIES

**Plaintiff**

6.     ***Plaintiff Melvyn Klein*** is a citizen of the State of New York and a current WageWorks shareholder during the relevant period.  Plaintiff will continue to hold WageWorks shares throughout the pendency of this action.  Plaintiff will fairly and adequately represent the interests of the shareholders in enforcing the rights of the corporation.

**Nominal Defendant**

7.     ***Nominal Defendant WageWorks*** is incorporated in Delaware and maintains its principle office at 1100 Park Place, 4th Floor, San Mateo, California The Company purports to be a leader in administering Consumer-Directed Benefits ("CDBs"), which empower employees to save money on taxes and provide corporate tax advantages for employers.   The Company is dedicated to administering CDBs, including pre-tax spending accounts, such as Health Savings Accounts, or HSAs, health and dependent care Flexible Spending Accounts, or FSAs, Health Reimbursement Arrangements, or HRAs, as well as Commuter Benefit Services, including transit and parking programs, wellness programs, Consolidated Omnibus Budget Reconciliation Act, or COBRA, and other employee benefits.   The Company's CDB programs assist employees and their families in saving money by using pre-tax dollars to pay for certain expenses related to their healthcare, dependent care and commuter expenses. Employers financially benefit from our programs through reduced payroll taxes. Under the Company's FSA,

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

HSA and commuter programs, employee participants contribute funds from their pre-tax income to pay for qualified out-of-pocket healthcare expenses not fully covered by insurance, such as co-pays, deductibles and over-the-counter medical products or for commuting costs.  Defendant WageWorks is a citizen of California.

**Director Defendants**

8.    ***Defendant Joseph L. Jackson*** ("Jackson") is the Chief Executive Officer ("CEO") and the Executive Chairman of the Board since April 2018. Defendant Jackson is a citizen of California.

9.    ***Defendant Thomas A. Bevilacqua*** ("Bevilacqua") has served as a member of the Company's Board since November 2009, as a member of the Company's Compensation Committee since February 2010 and as a member of the Company's Nominating and Corporate Governance Committee since February 2011. Defendant Bevilacqua is a citizen of California.

10.    ***Defendant Bruce G. Bodaken*** ("Bodaken") has served as a member of the Company's Board since September 2005, as Chairman of the Company's Audit Committee from May 2009 to November 2014 and as a member of the Company's Audit Committee since February 2006.  Defendant Bodaken is a citizen of California.

11.    ***Defendant Mariann Byerwalter*** ("Byerwalter") has served as a member of the Company's Board since May 2010, as Chairperson of the Company's Audit Committee from November 2014 to February 2017, and as a member of the Company's Audit Committee since May 2010.  Defendant Byerwalter is a citizen of California.

12.    ***Defendant Jerome D. Gramaglia*** ("Gramaglia") has served as a member of the Company's Board since November 2002, as a member of the Company's Compensation Committee since October 2003, as the Chairman of the Company's Compensation Committee since February 2006 and as a member of the

Company's Nominating and Governance Committee since August 2014. Defendant Gramaglia is a citizen of California.

13.     **Defendant John W. Larson** ("Larson") has served as a member of the Company's Board since June 2000, as Chairman of the Company's Board from July 2006 to December 2016, as lead Director since December 2016, as Chairman of the Company's Nominating and Corporate Governance Committee since February 2006, and as a member of the Company's Compensation Committee since April 2017. Defendant Larson is a citizen of California.

14.     **Defendant Robert L. Metzger** ("Metzger") has served as a member of the Company's Audit Committee and the Board since February 2016, as a member of the Company's Audit Committee since February 2016 and as a Chairman of the Company's Audit Committee since February 2017.  Defendant Metzger is a citizen of Illinois.

15.     **Defendant Edgar O. Montes** ("Montes") was named President and Chief Executive Officer and a member of the Board in April 2018.  Montes had previously served as President since December 2016 and Chief Operating Officer (COO) since December 2012.  Prior to his appointment as COO, Montes held the position of Senior Vice President, Service Delivery Operations since March 2012, and also held the position of Vice President, Operations from November 2006 until March 2007.  Defendant Montes is a citizen of California.

16.     Defendants Jackson, Bevilacqua, Bodaken, Byerwalter, Gramaglia, Larson, Metzger and Montes are collectively referred to herein as "Defendants".

### Audit Committee Charter

17.     Pursuant to the Company's Audit Committee Charter, the purpose of the Audit Committee is to assist the Board with oversight of the Company's accounting and financial reporting processes and the audit of the Company's financial statements.

18. The Audit Committee Charter states in relevant part:

The purpose of the Audit Committee of the Board of Directors (the "Board") of WageWorks, Inc. (the "Company") shall be to:

- Provide oversight of the Company's accounting and financial reporting processes and the audit on the Company's financial statements;

- Assist the Board in oversight of (i) the integrity of the Company's financial statements, (ii) the Company's compliance with legal and regulatory requirements, (iii) the independent auditor's qualifications, independence and performance, (iv) the organization and performance of the Company's internal audit function, (v) the Company's internal accounting and financial controls, and (vi) the Company's policies with respect to risk assessment and risk management; and

- Provide to the Board such information and materials as it may deem necessary to make the Board aware of significant financial matters that require the attention of the Board.

In furtherance of these purposes, the Audit Committee will undertake those specific duties and responsibilities listed below and such other duties as the Board may from time to time prescribe.

The Audit Committee's responsibility is one of oversight. The members of the Audit Committee are not employees of the Company, and they do not perform, or represent that they perform, the functions of management or the independent auditors. The Audit Committee relies on the expertise and knowledge of management, the internal auditor and the independent registered accounting firm in carrying out its oversight responsibilities. The management of the Company is responsible for preparing accurate and

complete financial statements in accordance with generally accepted accounting principles and for establishing and maintaining appropriate accounting principles and financial reporting policies and satisfactory internal control over financial reporting. The independent registered accounting firm is responsible for auditing the Company's annual consolidated financial statements and the effectiveness of the Company's internal control over financial reporting and reviewing the Company's quarterly financial statements. It is not the responsibility of the Audit Committee to prepare or certify the Company's financial statements or guarantee the audits or reports of the independent auditors, nor is it the duty of the Audit Committee to certify that the independent auditor is "independent" under applicable rules. These are the fundamental responsibilities of management and the independent auditors.

*     *     *

**RESPONSIBILITIES AND DUTIES**

The responsibilities and duties of the Audit Committee shall include:

***Review Procedures***

- Reviewing the reports of management, internal audit and the independent auditors concerning the design, implementation and maintenance of the Company's internal controls and procedures for financial reporting, including meeting periodically with the Company's management, internal audit and the independent auditors to review their assessment of the adequacy of such controls and to review before release the disclosure regarding such system of internal controls required under SEC rules to be contained in the Company's periodic filings and the attestations or reports by the independent auditors relating to such disclosure;

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

7

- Reviewing and providing oversight of the external audit by (i) reviewing the independent auditors' proposed audit scope and approach; (ii) discussing with the Company's independent auditors the financial statements and audit findings, including any significant adjustments, management judgments and accounting estimates, significant new accounting policies, disagreements with management and any other required communications described in applicable accounting standards; (iii) reviewing with the independent auditors the Company's critical accounting policies and practices, alternative treatments of financial information within generally accepted accounting principles that have been discussed with management and the treatment recommended by the independent auditors, and other material written communications between the independent auditors and management; and (iv) reviewing reports submitted to the audit committee by the independent auditors in accordance with applicable SEC requirements;

- Reviewing and approving the annual internal audit project plan and any proposed changes and reviewing periodic reports summarizing results of the internal audit projects;

- Reviewing and discussing with management and the independent auditors the annual audited financial statements and quarterly unaudited financial statements, including the Company's disclosures under "Management's Discussion and Analysis of Financial Condition and Results of Operations," prior to filing the Company's Annual Report on Form 10-K and Quarterly Reports on Form 10-Q, respectively, with the SEC;

- Recommending to the Board, if deemed appropriate, that the audited financial statements be included in the Company's Annual Report on Form 10-K, in

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

accordance with the rules and regulations of the SEC;

• Directing the Company's independent auditors to review before filing with the SEC the Company's interim financial statements included in Quarterly Reports on Form 10-Q, using professional standards and procedures for conducting such reviews;

• Conducting a post-audit review of the financial statements and audit findings, including any suggestions for improvements provided to management by internal audit or the independent auditors, and management's response to such suggestions;

• Reviewing with the independent auditor any audit problems or difficulties the independent auditor encountered in the course of audit work (e.g., restrictions on the scope of the independent auditor's activities or access to requested information and any significant disagreements with management) and the management's response;

• Reviewing, prior to announcement, Company press releases and other disclosures containing financial information for the purpose of ensuring that such press releases and other disclosures properly disclose financial information presented in accordance with GAAP and, to the extent non-GAAP information is included, adequately disclose how such non-GAAP information differs from the comparable GAAP information and ensure that disclosure of such non-GAAP information is not given undue prominence and that such non-GAAP information does not provide a misleading presentation of the Company's results of operations or financial condition;

• Providing oversight and review at least annually the Company's major financial risk exposures and the

steps management has taken to monitor and control these exposures, including the Company's risk assessment and risk management policies, and its investment policies;

- Reviewing and discussing the adequacy and effectiveness of the Company's information security policies and the procedures and controls regarding information systems;

- Reviewing and approving in advance any proposed related party transactions;

- Reviewing, in conjunction with counsel, any legal matters that could have a significant impact on the Company's financial statements;

- Reviewing its own charter and processes on an annual basis; and

- Conducting an annual performance evaluation of its effectiveness.

## SUBSTANTIVE ALLEGATIONS

19. On May 5, 2016, WageWorks issued a press release including the following summary of the Company's financial results for the quarter ending March 31, 2016 as well as detailed tables disclosing various financial metrics:

**WageWorks Reports First Quarter 2016 Financial Results**

Total revenue in the first quarter of $87.0 million

- First quarter 2016 GAAP net income of $5.8 million or $0.16 per diluted share, Non-GAAP net income of $11.9 million or $0.33 per diluted share
- First quarter 2016 non-GAAP adjusted EBITDA of $25.1 million, a 14 percent increase year-over-year

SAN MATEO, Calif., May 05, 2016 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits (CDBs), which empower employees to save money on taxes while also providing corporate tax advantages for employers, today announced the Company's financial results for its first quarter ended March 31, 2016.

"2016 is off to a great start. We see encouraging results in our commuter business and demand across all of our healthcare offerings remains strong, especially as it relates to Health Savings Accounts. Our selling season is progressing very well, highlighted by an exciting new relationship with the Federal government. Our channel partnership and exchange business is growing, and we are successfully fostering existing relationships and continuously developing new opportunities. As we move through 2016, we are well positioned to execute on our multiple avenues for growth and drive leverage in the business," said Joe Jackson, Chief Executive Officer of WageWorks.

For the first quarter, WageWorks reported total revenue of $87.0 million, compared to $85.3 million for the first quarter of 2015. Healthcare revenue was $50.4 million, compared to $47.3 million for the first quarter of 2015, an increase of 7 percent. Commuter revenue was $17.4 million, compared to $15.9 million for the first quarter of 2015, an increase of 9 percent. COBRA revenue was $15.4 million, compared to $12.6 million for the first quarter of 2015, an increase of 22 percent. Other revenue was $3.9 million, compared to $9.5 million for the first quarter of 2015.

GAAP operating income was $9.9 million for the first quarter of 2016, an increase compared to GAAP operating income of $9.7 million for the first quarter of 2015. On a non-GAAP basis, first quarter of 2016 operating income was $20.2 million, an increase compared to non-GAAP

operating income of $18.0 million for the first quarter of 2015.

GAAP net income was $5.8 million, or $0.16 per diluted share, for the first quarter of 2016, compared to GAAP net income of $5.6 million, or $0.15 per diluted share, for the first quarter of 2015.

On a non-GAAP net income basis, first quarter of 2016 net income was $11.9 million, or $0.33 per diluted share, an increase compared to non-GAAP net income of $10.5 million, or $0.29 per diluted share, for the first quarter of 2015.

Non-GAAP net income for the first quarter of 2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, contingent consideration expense and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $25.1 million for the first quarter of 2016, a 14 percent increase compared to non-GAAP adjusted EBITDA of $22.0 million for the first quarter of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the first quarter 2016 and 2015 is detailed in the tables provided in this press release. As of March 31, 2016, WageWorks had cash and cash equivalents totaling $562.4 million. This compares to cash and cash equivalents totaling $500.9 million as of December 31, 2015.

20.    In addition to disclosing the Company's financial performance for the quarter, in the Q1 2016 10-Q, the Company asserted that Defendant Jackson had evaluated the effectiveness of the Company's' disclosure controls and procedures:

**Evaluation of Disclosure Controls and Procedures**

We maintain "disclosure controls and procedures," as such term is defined in Rule 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, or the Exchange Act, that are designed to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the rules and forms of the Securities and Exchange Commission, or the SEC, and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, management recognizes that disclosure controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the disclosure controls and procedures are met.

Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of our disclosure controls and procedures pursuant to Rule 13a-15 under the Securities Exchange Act of 1934, as amended (Exchange Act), as of the end of the period covered by this Quarterly Report on Form 10-Q.

Based on this evaluation, our Chief Executive Officer and Chief Financial Officer concluded that, as of March 31, 2016, our disclosure controls and procedures are designed at a reasonable assurance level and are effective to provide reasonable assurance that information we are required to disclose in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms, and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosures.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

21.     In addition, in the Q1 2016 Form 10-Q, the Company asserted that no material changes in internal control over accounting had occurred during the quarter. "There was no change in our internal control over financial reporting identified in connection with the evaluation required by Rule 13a-15(d) or the Exchange Act that occurred during the period covered by this Quarterly Report on Form 10-Q that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting."

22.     Following the filing of the Q1 2016 Form 10-Q, WageWorks held a conference call with analysts to discuss the Company's Q1 2016 financial results.

23.     On August 9, 2016, WageWorks issued a press release including the following summary of the Company's financial results for the quarter ending June 30, 2016 as well as detailed tables disclosing various financial metrics:

> **WageWorks Reports Second Quarter 2016 Financial Results**
>
> - Total revenue in the second quarter 2016 of $87.7 million
> - Second quarter 2016 GAAP net income of $2.9 million or $0.08 per diluted share, Non-GAAP net income of $13.3 million or $0.36 per diluted share
> - Second quarter 2016 non-GAAP adjusted EBITDA of $27.5 million, a 24 percent increase year-over-year
>
> SAN MATEO, Calif., Aug. 09, 2016 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits (CDBs), which empower employees to save money on taxes while also providing corporate tax advantages for employers, today announced the Company's financial results for its second quarter ended June 30, 2016.

"The first half of 2016 was another strong one for WageWorks. Our selling season is progressing extremely well due to record interest in all of our products. Employers are increasingly choosing us as their administrator for Consumer Directed Benefits because of our service excellence and the ease of use of our programs on one consolidated platform.  We have entered into several new channel partnerships and have expanded others. We expect this positive momentum to continue in the second half of the year as we capitalize on the expansion we are seeing in the industry," said Joe Jackson, Chief Executive Officer of WageWorks.

For the second quarter, WageWorks reported total revenue of $87.7 million, compared to $82.8 million for the second quarter of 2015, an increase of 6 percent. Healthcare revenue was $48.1 million, compared to $43.8 million for the second quarter of 2015, an increase of 10 percent. Commuter revenue was $17.4 million, compared to $16.0 million for the second quarter of 2015, an increase of 9 percent. COBRA revenue was $17.9 million, compared to $12.3 million for the second quarter of 2015, an increase of 46 percent. Other revenue was $4.4 million, compared to $10.6 million for the second quarter of 2015.

GAAP operating income was $4.6 million for the second quarter of 2016, compared to GAAP operating income of $6.8 million for the second quarter of 2015. On a non-GAAP basis, second quarter of 2016 operating income was $22.3 million, an increase compared to non-GAAP operating income of $17.5 million for the second quarter of 2015.

GAAP net income was $2.9 million, or $0.08 per diluted share, for the second quarter of 2016, compared to GAAP net income of $3.5 million, or $0.10 per diluted share, for the second quarter of 2015.

On a non-GAAP net income basis, second quarter of 2016 net income was $13.3 million, or $0.36 per diluted share, an increase compared to non-GAAP net income of $10.3 million, or $0.28 per diluted share, for the second quarter

of 2015. Non-GAAP net income for the second quarter of 2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, contingent consideration expense, severance costs related to integration initiatives and the related tax impact of these items. Non-GAAP adjusted EBITDA was $27.5 million for the second quarter of 2016, a 24 percent increase compared to non-GAAP adjusted EBITDA of $22.2 million for the second quarter of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the second quarter 2016 and 2015 is detailed in the tables provided in this press release. As of June 30, 2016, WageWorks had cash and cash equivalents totaling $569.0 million. This compares to cash and cash equivalents totaling $500.9 million as of December 31, 2015.

24.    On August 9, 2016, the Company filed a Form 10-Q for the quarter ended June 30, 2016 ("Q2 2016 Form 10-Q") with the SEC, which provided the Company's second quarter 2016 financial results and positions and stated that the Company's internal controls over financial reporting was effective as of June 30, 2016.

25.    Following the filing of the Q2 2016 Form 10-Q, WageWorks held a conference call with analysts to discuss the Company's Q2 2016 financial results.

26.    On November 9, 2016, WageWorks issued a press release including the following summary of the Company's financial results for the quarter ending September 30, 2016 as well as detailed tables disclosing various financial metrics:

**WageWorks Reports Third Quarter 2016 Financial Results**

- Total revenue in the third quarter 2016 of $88.9 million
- Third quarter 2016 GAAP net income of $5.9 million or $0.16 per diluted share, Non-GAAP net income of $12.6 million or $0.34 per diluted share

- Third quarter 2016 non-GAAP adjusted EBITDA of $26.5 million

SAN MATEO, Calif., November 9, 2016 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today announced the Company's financial results for its third quarter ended September 30, 2016.

"I am very pleased with our strong third quarter results. We are in the midst of another record setting new sales year driven by increased interest across all of our products from employers of all sizes. The successful transition of the existing participants on the United States Office of Personnel Management's Federal Flexible Spending Account Program to our platform marks the largest transition of accounts in our history. We continue to enter into new carrier and channel partnerships, which are producing additional opportunities and solid growth. Finally, we are excited about our pending acquisition of ADP's Consumer Health Spending Account and COBRA businesses and our new ongoing partnership with ADP. We are poised to finish 2016 with strong momentum, as we are clearly executing on our multiple avenues for growth," said Joe Jackson, Chief Executive Officer of WageWorks.

For the third quarter, WageWorks reported total revenue of $88.9 million, compared to $83.2 million for the third quarter of 2015, an increase of 7 percent. Healthcare revenue was $48.5 million, compared to $42.2 million for the third quarter of 2015, an increase of 15 percent. Commuter revenue was $17.6 million, compared to $16.0 million for the third quarter of 2015, an increase of 10 percent. COBRA revenue was $18.7 million, compared to $12.2 million for the third quarter of 2015, an increase of 53 percent. Other revenue was $4.2 million, compared to $12.7 million for the third quarter of 2015.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

GAAP operating income was $9.4 million for the third quarter of 2016, compared to GAAP operating income of $12.7 million for the third quarter of 2015. On a non-GAAP basis, third quarter of 2016 operating income was $21.3 million, compared to non-GAAP operating income of $21.9 million for the third quarter of 2015.

GAAP net income was $5.9 million, or $0.16 per diluted share, for the third quarter of 2016, compared to GAAP net income of $7.6 million, or $0.21 per diluted share, for the third quarter of 2015.

On a non-GAAP basis, third quarter of 2016 net income was $12.6 million, or $0.34 per diluted share, compared to non-GAAP net income of $13.0 million, or $0.36 per diluted share, for the third quarter of 2015. Non-GAAP net income for the third quarter of 2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, contingent consideration expense, severance costs related to integration initiatives, costs associated with the planned acquisition of ADP's Consumer Health Spending Account and COBRA businesses, and the related tax impact of these items. Non-GAAP adjusted EBITDA was $26.5 million for the third quarter of 2016, which remained flat as compared to non-GAAP adjusted EBITDA for the third quarter of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the third quarter 2016 and 2015 is detailed in the tables provided in this press release.

As of September 30, 2016, WageWorks had cash and cash equivalents totaling $666.6 million. This compares to cash and cash equivalents totaling $500.9 million as of December 31, 2015.

27.     Thereafter, on May 5, 2016, WageWorks filed a Form 10-Q for the quarter ending March 31, 2016 (the "Q1 2016 Form 10-Q").

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

28.     In addition to disclosing the Company's financial performance for the quarter, in the Q1 2016 10-Q, the Company asserted that Defendant Jackson had evaluated the effectiveness of the Company's' disclosure controls and procedures:

**Evaluation of Disclosure Controls and Procedures**

We maintain "disclosure controls and procedures," as such term is defined in Rule 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, or the Exchange Act, that are designed to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the rules and forms of the Securities and Exchange Commission, or the SEC, and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, management recognizes that disclosure controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the disclosure controls and procedures are met.

Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of our disclosure controls and procedures pursuant to Rule 13a-15 under the Securities Exchange Act of 1934, as amended (Exchange Act), as of the end of the period covered by this Quarterly Report on Form 10-Q. Based on this evaluation, our Chief Executive Officer and Chief Financial Officer concluded that, as of March 31, 2016, our disclosure controls and procedures are designed at a reasonable assurance level and are effective to provide reasonable assurance that information we are required to disclose in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's

rules and forms, and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosures.

29.     In addition, in the Q1 2016 Form 10-Q, the Company asserted that no material changes in internal control over accounting had occurred during the quarter. "There was no change in our internal control over financial reporting identified in connection with the evaluation required by Rule 13a-15(d) or the Exchange Act that occurred during the period covered by this Quarterly Report on Form 10-Q that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting."

30.     Following the filing of the Q1 2016 Form 10-Q, WageWorks held a conference call with analysts to discuss the Company's Q1 2016 financial results.

31.     On August 9, 2016, after the close of the market, WageWorks issued a press release including the following summary of the Company's financial results for the quarter ending June 30, 2016 as well as detailed tables disclosing various financial metrics:

**WageWorks Reports Second Quarter 2016 Financial Results**

- Total revenue in the second quarter 2016 of $87.7 million
- Second quarter 2016 GAAP net income of $2.9 million or $0.08 per diluted share, Non-GAAP net income of $13.3 million or $0.36 per diluted share
- Second quarter 2016 non-GAAP adjusted EBITDA of $27.5 million, a 24 percent increase year-over-year

SAN MATEO, Calif., Aug. 09, 2016 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits (CDBs), which empower employees to

save money on taxes while also providing corporate tax advantages for employers, today announced the Company's financial results for its second quarter ended June 30, 2016.

"The first half of 2016 was another strong one for WageWorks. Our selling season is progressing extremely well due to record interest in all of our products. Employers are increasingly choosing us as their administrator for Consumer Directed Benefits because of our service excellence and the ease of use of our programs on one consolidated platform.

We have entered into several new channel partnerships and have expanded others. We expect this positive momentum to continue in the second half of the year as we capitalize on the expansion we are seeing in the industry," said Joe Jackson, Chief Executive Officer of WageWorks.

For the second quarter, WageWorks reported total revenue of $87.7 million, compared to $82.8 million for the second quarter of 2015, an increase of 6 percent. Healthcare revenue was $48.1 million, compared to $43.8 million for the second quarter of 2015, an increase of 10 percent. Commuter revenue was $17.4 million, compared to $16.0 million for the second quarter of 2015, an increase of 9 percent. COBRA revenue was $17.9 million, compared to $12.3 million for the second quarter of 2015, an increase of 46 percent. Other revenue was $4.4 million, compared to $10.6 million for the second quarter of 2015.

GAAP operating income was $4.6 million for the second quarter of 2016, compared to GAAP operating income of $6.8 million for the second quarter of 2015. On a non-GAAP basis, second quarter of 2016 operating income was $22.3 million, an increase compared to non-GAAP operating income of $17.5 million for the second quarter of 2015.

GAAP net income was $2.9 million, or $0.08 per diluted share, for the second quarter of 2016, compared to GAAP

net income of $3.5 million, or $0.10 per diluted share, for the second quarter of 2015.

On a non-GAAP net income basis, second quarter of 2016 net income was $13.3 million, or $0.36 per diluted share, an increase compared to non-GAAP net income of $10.3 million, or $0.28 per diluted share, for the second quarter of 2015. Non-GAAP net income for the second quarter of 2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, contingent consideration expense, severance costs related to integration initiatives and the related tax impact of these items. Non-GAAP adjusted EBITDA was $27.5 million for the second quarter of 2016, a 24 percent increase compared to non-GAAP adjusted EBITDA of $22.2 million for the second quarter of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the second quarter 2016 and 2015 is detailed in the tables provided in this press release.  As of June 30, 2016, WageWorks had cash and cash equivalents totaling $569.0 million. This compares to cash and cash equivalents totaling $500.9 million as of December 31, 2015.

32.     On August 9, 2016, the Company filed a Form 10-Q for the quarter ended June 30, 2016 ("Q2 2016 Form 10-Q") with the SEC, which provided the Company's second quarter 2016 financial results and positions and stated that the Company's internal controls over financial reporting was effective as of June 30, 2016.

33.     Following the filing of the Q2 2016 Form 10-Q, WageWorks held a conference call with analysts to discuss the Company's Q2 2016 financial results.

34.     On November 9, 2016, after the close of the market, WageWorks issued a press release including the following summary of the Company's financial results for the quarter ending September 30, 2016 as well as detailed tables disclosing various financial metrics:

**WageWorks Reports Third Quarter 2016 Financial Results**

- Total revenue in the third quarter 2016 of $88.9 million
- Third quarter 2016 GAAP net income of $5.9 million or $0.16 per diluted share, Non-GAAP net income of $12.6 million or $0.34 per diluted share
- Third quarter 2016 non-GAAP adjusted EBITDA of $26.5 million

SAN MATEO, Calif., November 9, 2016 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today announced the Company's financial results for its third quarter ended September 30, 2016.

"I am very pleased with our strong third quarter results. We are in the midst of another record setting new sales year driven by increased interest across all of our products from employers of all sizes. The successful transition of the existing participants on the United States Office of Personnel Management's Federal Flexible Spending Account Program to our platform marks the largest transition of accounts in our history. We continue to enter into new carrier and channel partnerships, which are producing additional opportunities and solid growth. Finally, we are excited about our pending acquisition of ADP's Consumer Health Spending Account and COBRA businesses and our new ongoing partnership with ADP. We are poised to finish 2016 with strong momentum, as we are clearly executing on our multiple avenues for growth," said Joe Jackson, Chief Executive Officer of WageWorks.

For the third quarter, WageWorks reported total revenue of $88.9 million, compared to $83.2 million for the third quarter of 2015, an increase of 7 percent. Healthcare revenue was $48.5 million, compared to $42.2 million for

the third quarter of 2015, an increase of 15 percent. Commuter revenue was $17.6 million, compared to $16.0 million for the third quarter of 2015, an increase of 10 percent. COBRA revenue was $18.7 million, compared to $12.2 million for the third quarter of 2015, an increase of 53 percent. Other revenue was $4.2 million, compared to $12.7 million for the third quarter of 2015.

GAAP operating income was $9.4 million for the third quarter of 2016, compared to GAAP operating income of $12.7 million for the third quarter of 2015. On a non-GAAP basis, third quarter of 2016 operating income was $21.3 million, compared to non-GAAP operating income of $21.9 million for the third quarter of 2015.

GAAP net income was $5.9 million, or $0.16 per diluted share, for the third quarter of 2016, compared to GAAP net income of $7.6 million, or $0.21 per diluted share, for the third quarter of 2015.

On a non-GAAP basis, third quarter of 2016 net income was $12.6 million, or $0.34 per diluted share, compared to non-GAAP net income of $13.0 million, or $0.36 per diluted share, for the third quarter of 2015. Non-GAAP net income for the third quarter of 2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, contingent consideration expense, severance costs related to integration initiatives, costs associated with the planned acquisition of ADP's Consumer Health Spending Account and COBRA businesses, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $26.5 million for the third quarter of 2016, which remained flat as compared to non-GAAP adjusted EBITDA for the third quarter of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the third quarter 2016 and 2015 is detailed in the tables provided in this press release.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

24

> As of September 30, 2016, WageWorks had cash and cash equivalents totaling $666.6 million. This compares to cash and cash equivalents totaling $500.9 million as of December 31, 2015.

35.     Thereafter, on November 9, 2016, the Company filed a Form 10-Q for the quarter ended, 2016 ("Q3 2016 Form 10-Q") with the SEC, which provided the Company's third quarter 2016 financial results and positions and stated that the Company's internal controls over financial reporting was effective as of September 30, 2016.

36.     Following the filing of the Q3 2016 Form 10-Q, WageWorks held a conference call with analysts to discuss the Company's Q3 2016 financial results.

37.     On February 23, 2017, after the close of the market, the Company issued a press release including the following summary of the Company's financial results for the quarter and fiscal year ending December 31, 2016 as well as detailed tables disclosing various financial metrics:

> **WageWorks Reports Fourth Quarter and Full Year 2016 Financial Results**
>
> - Fourth quarter 2016 total revenue of $101.1 million, a 22 percent increase year-over-year
> - Full year 2016 total revenue of $364.7 million
> - Fourth quarter 2016 GAAP net income of $5.7 million or $0.15 per diluted share, Non-GAAP net income of $13.6 million or $0.36 per diluted share
> - Full year 2016 GAAP net income of $20.2 million or $0.54 per diluted share, Non GAAP net income of $51.3 million or $1.38 per diluted share
> - Fourth quarter 2016 non-GAAP adjusted EBITDA of $28.8 million
> - Full year 2016 non-GAAP adjusted EBITDA of $108.0 million

SAN MATEO, Calif., February 23, 2017 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company", "WageWorks") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today announced the Company's financial results for its fourth quarter and fiscal year ended December 31, 2016.

"2016 was an outstanding year for WageWorks. Our sales team delivered another record performance and we just completed a successful open enrollment season that included onboarding the largest number of participants in our history. We saw increased demand for all of our products, with continued strength in HSAs and FSAs. There was a significant uptick in employers interested in our full suite of Consumer Directed Benefits and selecting us to administer multiple offerings. We added a number of new carrier relationships and channel partners, including our first rideshare partner. We acquired ADP's CHSA and COBRA businesses and while that transaction closed about two weeks later than we were expecting, we are pleased with the results we are seeing and encouraged by the number of new business opportunities we are already receiving from the ongoing partnership we established as part of that transaction. We continue to see positive momentum in all aspects of our business and enter 2017 well positioned to execute on the foundation that we built in 2016," said Joe Jackson, Chief Executive Officer of WageWorks.

**Fourth Quarter 2016 Financial Highlights**

For the fourth quarter, WageWorks reported total revenue of $101.1 million, compared to $83.1 million for the fourth quarter of 2015, an increase of 22 percent. Healthcare revenue was $56.0 million, compared to $43.3 million for the fourth quarter of 2015, an increase of 29 percent. Commuter revenue was $17.8 million, compared to $16.0 million for the fourth quarter of 2015, an increase of 11 percent. COBRA revenue was $23.3 million, compared to $14.2 million for the fourth quarter of 2015, an increase of

64 percent. Other revenue was $4.0 million, compared to $9.7 million for the fourth quarter of 2015.

GAAP operating income was $8.7 million for the fourth quarter of 2016, compared to GAAP operating income of $10.8 million for the fourth quarter of 2015. On a non-GAAP basis, fourth quarter of 2016 operating income was $22.1 million, compared to non-GAAP operating income of $20.8 million for the fourth quarter of 2015. GAAP net income was $5.7 million, or $0.15 per diluted share, for the fourth quarter of 2016, compared to GAAP net income of $6.2 million, or $0.17 per diluted share, for the fourth quarter of 2015.

On a non-GAAP basis, fourth quarter of 2016 net income was $13.6 million, or $0.36 per diluted share, compared to non-GAAP net income of $12.0 million, or $0.33 per diluted share, for the fourth quarter of 2015. Non-GAAP net income for the fourth quarter of 2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, employee termination and other charges, contingent consideration expense, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $28.8 million for the fourth quarter of 2016, an increase of 12 percent as compared to $25.8 million for the fourth quarter of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the fourth quarter 2016 and 2015 is detailed in the tables provided in this press release.

**Full Year 2016 Financial Highlights**

For the full year of 2016, WageWorks reported total revenue of $364.7 million, compared to $334.3 million for the full year of 2015, an increase of nine percent. Healthcare revenue was $202.9 million, compared to $176.6 million for the full year of 2015, an increase of 15 percent. Commuter revenue was $70.2 million, compared

to $63.9 million for the full year of 2015, an increase of 10 percent. COBRA revenue was $75.2 million, compared to $51.3 million for the full year of 2015, an increase of 47 percent.

Other revenue was $16.4 million, compared to $42.5 million for the full year of 2015. GAAP operating income was $32.7 million for the full year of 2016, compared to GAAP operating income of $39.9 million for the full year of 2015. On a non-GAAP basis, full year of 2016 operating income was $86.0 million, compared to non-GAAP operating income of $78.2 million for the full year of 2015.

GAAP net income was $20.2 million, or $0.54 per diluted share, for the full year of 2016, compared to GAAP net income of $23.0 million, or $0.63 per diluted share, for the full year of 2015.

On a non-GAAP basis, full year 2016 net income was $51.3 million, or $1.38 per diluted share, compared to non-GAAP net income of $45.8 million, or $1.25 per diluted share, for the full year of 2015. Non-GAAP net income for the full year of 2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, employee termination and other charges, contingent consideration expense, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $108.0 million for the full year of 2016, an increase of 12 percent as compared to $96.5 million for the full year of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the full year of 2016 and 2015 is detailed in the tables provided in this press release.

As of December 31, 2016, WageWorks had cash and cash equivalents totaling $678.3 million. This compares to cash and cash equivalents totaling $500.9 million as of December 31, 2015.

38.     Thereafter, on February 23, 2017, the Company filed a Form 10-K for the fiscal year ending December 31, 2016 ("2016 Form 10-K") with the SEC, which provided the Company's financial results for the fourth quarter and full fiscal year 2016.

39.     Following the filing of the 2016 Form 10-K, WageWorks held a conference call with analysts to discuss the Company's financial results for the fourth quarter and full year 2016.

40.     On May 4, 2017, WageWorks issued a press release including the follow summary of its financial results for the quarter ending March 31, 2017 as well as detailed tables disclosing various financial metrics:

**WageWorks Reports First Quarter 2017 Financial Results**

- Total revenue in the first quarter 2017 of $125.0 million, a 44 percent increase year-over-year
- First quarter 2017 GAAP net income of $11.1 million or $0.29 per diluted share, a 91% increase year-over-year
- First quarter 2017 non-GAAP net income of $17.6 million or $0.46 per diluted shares, a 48% increase year-over-year
- First quarter 2017 non-GAAP adjusted EBITDA of $36.1 million, a 44 percent increase year-over-year

SAN MATEO, Calif., May 04, 2017 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today announced the Company's financial results for its first quarter ended March 31, 2017.

"I am pleased with our first quarter results. We achieved strong financial metrics across the board that all exceeded our guidance. Our sales pipeline has doubled year over year and our 2017 selling season is off to a terrific start as

we continue to see substantial interest in our full suite of Consumer Directed Benefit offerings. The integration of ADP's CHSA and COBRA businesses is progressing ahead of schedule, we continue to expand our reach in the commuter space, and we are seeing increased activity from our many revenue generating channel partners and carrier relationships" said Joe Jackson, Chairman and Chief Executive Officer of WageWorks.

For the first quarter, WageWorks reported total revenue of $125.0 million, compared to $87.0 million for the first quarter of 2016, an increase of 44 percent. Healthcare revenue was $74.0 million, compared to $50.4 million for the first quarter of 2016, an increase of 47 percent. Commuter revenue was $18.4 million, compared to $17.4 million for the first quarter of 2016, an increase of 6 percent. COBRA revenue was $28.3 million, compared to $15.4 million for the first quarter of 2016, an increase of 84 percent.  Other revenue was $4.4 million, compared to $3.9 million for the first quarter of 2016.

GAAP operating income was $15.6 million for the first quarter of 2017, compared to GAAP operating income of $9.9 million for the first quarter of 2016. On a non-GAAP basis, first quarter of 2017 operating income was $30.8 million, compared to non-GAAP operating income of $20.2 million for the first quarter of 2016.

GAAP net income was $11.1 million, or $0.29 per diluted share, for the first quarter of 2017, compared to GAAP net income of $5.8 million, or $0.16 per diluted share, for the first quarter of 2016.

On a non-GAAP basis, first quarter of 2017 net income was $17.6 million, or $0.46 per diluted share, compared to non-GAAP net income of $11.9 million, or $0.33 per diluted share, for the first quarter of 2016. Non-GAAP net income for the first quarter of 2017 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, employee termination

and other charges, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $36.1 million for the first quarter of 2017, an increase of 44 percent as compared to non-GAAP adjusted EBITDA of $25.1 million for the first quarter of 2016.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the first quarter 2017 and 2016 is detailed in the tables provided in this press release.

As of March 31, 2017, WageWorks had cash and cash equivalents totaling $609.4 million. This compares to cash and cash equivalents totaling $678.3 million as of December 31, 2016.

41.     On May 4, 2017, WageWorks filed a Form 10-Q for the quarter ending March 31, 2017 (the "Q1 2017 Form 10-Q").

42.     Following the filing of the Q1 2017 Form 10-Q, WageWorks held a conference call with analysts in which Defendants discussed the Company's Q1 2017 financial results.

43.     On June 19, 2017, WageWorks issued a press release announcing a secondary equity offering of 2.5 million shares, priced at $69.25 per share.

**WageWorks Announces Pricing of its Follow-On Public Offering**

SAN MATEO, Calif., June 19, 2017 (GLOBE NEWSWIRE) -- WageWorks, Inc. (NYSE: WAGE) today announced the pricing of its follow-on public offering of 2,500,000 shares of its common stock at a price to the public of $69.25 per share. WageWorks is selling 1,954,852 shares of common stock, and certain of WageWorks' existing stockholders are selling an aggregate of 545,148 shares of common stock, in the offering. WageWorks has also granted the underwriters a 30-day option to purchase up to 375,000 additional shares.

WageWorks intends to use the proceeds of the primary portion of the offering will be used for general corporate purposes, including strategic acquisitions, channel partner arrangements, capital expenditures and operating costs. WageWorks will not receive any proceeds from the sale of shares by the selling stockholders.   William Blair & Company, L.L.C. and Stifel, Nicolaus & Company, Incorporated are serving as joint book-running managers for the offering, with JMP Securities LLC, Needham & Company, LLC and SunTrust Robinson Humphrey, Inc. acting as comanagers.

The offering is being made pursuant to an automatically effective shelf registration statement on Form S-3 filed with the U.S. Securities and Exchange Commission (the "SEC") and only by means of a prospectus supplement and accompanying prospectus.

These materials are available at no charge by visiting the SEC's website at edgar.sec.gov. A copy of the prospectus supplement and accompanying prospectus may also be obtained from William Blair & Company, L.L.C. at 222 West Adams Street, Attention: Prospectus Department, Chicago, IL 60606, phone number (800) 621-0687, or from Stifel, Nicolaus & Company, Incorporated at One Montgomery Street, Suite 3700, San Francisco, CA 94104, phone number (415) 364-2720.

This press release shall not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of these securities in any state or jurisdiction in which such an offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

44.    In the secondary offering, Defendant Jackson took advantage of the inflation on the trading price of WageWorks common stock arising from the previously issued false and misleading financial statements.  Defendant Jackson sold nearly all of his holdings in WageWorks common stock, selling 495,148

shares after exercising options to purchase more than 400,000 shares at prices between $5.32 and $9.59 per share and generating proceeds of $31.3 million. Defendant Jackson's stock sales were not made pursuant to a 10b5-1 trading plan and they were dramatically out of line with past trading practices.

45.   On August 1, 2017, WageWorks issued a press release including the following summary of the Company's financial results for the quarter ending June 30, 2017 and tables disclosing various financial metrics:

> **WageWorks Reports Second Quarter 2017 Financial Results**
>
> - Total revenue in the second quarter 2017 of $119.9 million, a 37 percent increase year-over-year
> - Second quarter 2017 GAAP net income of $19.1 million or $0.49 per diluted share
> - Second quarter 2017 non-GAAP net income of $17.7 million or $0.46 per diluted shares, a 33 percent increase year-over-year
> - Second quarter 2017 non-GAAP adjusted EBITDA of $36.6 million, a 33 percent increase year-over-year
>
> SAN MATEO, Calif., August 1, 2017 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today announced the Company's financial results for its second quarter ended June 30, 2017.
>
> **Executive Quotes**
>
> "We just finished another great quarter highlighted by an outstanding growth rate and strong financial metrics across the board," said Joe Jackson, Chairman and Chief Executive Officer of WageWorks. "Our selling season continues on another record setting pace, activity from our channel partners and carrier relationships is strong, and we

are reaching an expanded demographic in our commuter business. The integration of ADP's businesses continues to progress well, and our acquisition pipeline remains active across all areas of our business."

**Second Quarter Financial Highlights**

For the second quarter, WageWorks reported total revenue of $119.9 million, compared to $87.7 million for the second quarter of 2016, an increase of 37 percent. Healthcare revenue was $70.0 million, compared to $48.1 million for the second quarter of 2016, an increase of 46 percent. Commuter revenue was $18.1 million, compared to $17.4 million for the second quarter of 2016, an increase of 4 percent. COBRA revenue was $27.7 million, compared to $17.9 million for the second quarter of 2016, an increase of 55 percent. Other revenue was $4.1 million, compared to $4.4 million for the second quarter of 2016.

GAAP operating income was $13.9 million for the second quarter of 2017, an increase compared to GAAP operating income of $4.6 million for the second quarter of 2016. On a non-GAAP basis, second quarter of 2017 operating income was $30.8 million, an increase compared to non-GAAP operating income of $22.3 million for the second quarter of 2016.

GAAP net income was $19.1 million, or $0.49 per diluted share, for the second quarter of 2017, compared to GAAP net income of $2.9 million, or $0.08 per diluted share, for the second quarter of 2016.

On a non-GAAP basis, second quarter of 2017 net income was $17.7 million, or $0.46 per diluted share, an increase compared to non-GAAP net income of $13.3 million, or $0.36 per diluted share, for the second quarter of 2016. Non-GAAP net income for the second quarter of 2017 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, employer paid taxes for selling stockholders, employee

termination and other charges, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $36.6 million for the second quarter of 2017, an increase of 33 percent as compared to non-GAAP adjusted EBITDA of $27.5 million for the second quarter of 2016.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the second quarter 2017 and 2016 is detailed in the tables provided in this press release.

As of June 30, 2017, WageWorks had cash and cash equivalents totaling $774.8 million. This compares to cash and cash equivalents totaling $678.3 million as of December 31, 2016. We completed a public stock offering in June 2017 for proceeds of approximately $130.8 million, net of underwriting discounts and commissions and other costs.

46.     Thereafter, on August 1, 2017, WageWorks filed a Form 10-Q for the quarter ending June 30, 2017 (the "Q2 2017 Form 10-Q").

47.     Following the filing of the Q2 2017 Form 10-Q, WageWorks held a conference call with analysts to discuss the Company's Q2 2017 financial results.

48.     On November 8, 2017, WageWorks issued a press release including the following summary of the Company's financial results for the quarter ending September 30, 2017 as well as detailed tables disclosing various financial metrics:

**WageWorks Reports Third Quarter 2017 Financial Results**

- Total revenue in the third quarter 2017 of $115.7 million, a 30 percent increase year-over-year
- Third quarter 2017 GAAP net income of $9.7 million or $0.24 per diluted share

- Third quarter 2017 non-GAAP net income of $18.0 million or $0.45 per diluted shares, a 43 percent increase year-over-year
- Third quarter 2017 non-GAAP adjusted EBITDA of $37.3 million, a 41 percent increase year-over-year

SAN MATEO, Calif., November 8, 2017 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today announced the Company's financial results for its third quarter ended September 30, 2017.

**Executive Quotes**

"We are very pleased with our strong third quarter performance which was highlighted by a healthy growth rate and impressive financial metrics" said Joe Jackson, Chairman and Chief Executive Officer of WageWorks. "We completed a successful enterprise sales season and our SMB selling season is well underway. We continue to see interest in all of our products and our comprehensive platform of integrated offerings remains a competitive differentiator for us. We recently announced the acquisition of Tango Health's HSA business and are actively working on a number of other acquisition and channel partner opportunities. We are executing on all of our growth strategies and are well positioned for continued success."

**Third Quarter Financial Highlights**

For the third quarter, WageWorks reported total revenue of $115.7 million, compared to $88.9 million for the third quarter of 2016, an increase of 30 percent. Healthcare revenue was $66.2 million, compared to $48.5 million for the third quarter of 2016, an increase of 37 percent. Commuter revenue was $18.0 million, compared to $17.6 million for the third quarter of 2016, an increase of 2 percent. COBRA revenue was $27.5 million, compared to

$18.7 million for the third quarter of 2016, an increase of 48 percent. Other revenue was $4.0 million, compared to $4.2 million for the third quarter of 2016. GAAP operating income was $16.8 million for the third quarter of 2017, an increase compared to GAAP operating income of $9.4 million for the third quarter of 2016. On a non-GAAP basis, third quarter of 2017 operating income was $31.1 million, an increase compared to non-GAAP operating income of $21.2 million for the third quarter of 2016. GAAP net income was $9.7 million, or $0.24 per diluted share, for the third quarter of 2017, compared to GAAP net income of $5.9 million, or $0.16 per diluted share, for the third quarter of 2016.

On a non-GAAP basis, third quarter of 2017 net income was $18.0 million, or $0.45 per diluted share, an increase compared to non-GAAP net income of $12.5 million, or $0.34 per diluted share, for the third quarter of 2016. Non-GAAP net income for the third quarter of 2017 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, employee termination and other charges, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $37.3 million for the third quarter of 2017, an increase of 41 percent as compared to non-GAAP adjusted EBITDA of $26.5 million for the third quarter of 2016.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the third quarter 2017 and 2016 is detailed in the tables provided in this press release.

As of September 30, 2017, WageWorks had cash and cash equivalents totaling $798.3 million. This compares to cash and cash equivalents totaling $678.3 million as of December 31, 2016.

49.    Thereafter, on November 8, 2017, WageWorks filed a Form 10-Q for the quarter ending September 30, 2017 (the "Q3 2017 Form 10-Q").

50.    Following the filing of the Q3 2017 Form 10-Q, WageWorks held a conference call with analysts to discuss the Company's Q3 2017 financial results.

51.    The statements above were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operations, and prospects, which were known to Defendants or recklessly disregarded by them.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) the Company lacked effective internal control over financial reporting; (2) the Company's financial statements dating back to the beginning of 2016 failed to adequately account for managing change and assessing risk in the areas of non-routine and complex transactions; (3) the Company's financial statements contained errors; (4) the Company's financial statements dating back to the first quarter of 2016 were not reliable; and (5) as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times.

## **THE TRUTH EMERGES**

52.    On March 1, 2018, trading of WageWorks common stock was halted at approximately 12:35 PM EST. Thereafter, WageWorks issued a press release in which it announced that the Company would be unable to timely file its 2017 Form 10-K:

**WageWorks to Delay Form 10K Filing for Fiscal Year 2017**

Postpones  Fourth  Quarter  2017  Financial  Results Disclosure  and  Conference  Call  SAN  MATEO,  Calif., March  01,  2018  (GLOBE  NEWSWIRE)  --  WageWorks, Inc. (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today announced that it is delaying its Annual Report on Form 10K for the year ended December 31, 2017 and its financial results and associated conference call for the fourth quarter of 2017.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

The Company expects to provide an update as soon as practicable.

53.  Following the announcement, the trading price of WageWorks common stock fell sharply, falling from a closing price of $52.45 per share on February 28, 2018 to close at $42.70 on March 1, 2018, a decline of almost 19% on heavy volume of 4.3 million shares.

54.  On March 2, 2018, before trading on the NYSE opened, the Company filed a Form 12b-25 with the SEC in which it acknowledged its inability to file its 2017 Form 10-K in a timely manner, stating, in pertinent part:

> The Company **has concluded that it has a material weakness in its internal control over financial reporting as of December 31, 2017 related to managing change and assessing risk in the areas of non-routine and complex transactions**. As a result of the material weakness, the Company has concluded that its internal control over **financial reporting and disclosure controls and procedures were ineffective** as of December 31, 2017. The Company is in the process of designing processes and controls to address this material weakness. The Company intends to disclose more detailed description of this weakness, including a plan for remediating this deficiency, in the 2017 Form 10-K.

> The Audit Committee of the Company's Board of Directors is conducting an independent investigation of the Company's internal control over financial reporting in fiscal 2016 and 2017. Among other matters, the investigation consists of a **review of certain issues, including revenue recognition, related to the accounting for a government contract during fiscal 2016 and associated issues with whether there was an open flow of information and appropriate tone at the top for an effective control environment**.

> Additionally, the Audit Committee investigation of accounting and internal control matters is ongoing and

may ultimately result in the identification of other accounting issues, further material weaknesses, and/or require the restatement of the Company's financial statements for previous periods.  [Emphasis added.]

55.     On March 19, 2018, the Company filed a Form 8-K with the SEC and stated in relevant part:

> SAN MATEO, Calif., March 19, 2018 — WageWorks, Inc. (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today provided an update regarding its Form 10-K for the fiscal year ended December 31, 2017 (the "Form 10-K").
>
> As reported by WageWorks in its Form 12b-25 filed with the Securities and Exchange Commission (the "SEC") on March 2, 2018, the Company was unable to file its Form 10-K within the prescribed time period without unreasonable effort or expense. The extension period provided under Rule 12b-25 expired on March 16, 2018. As disclosed in the Form 12b-25, the Company did not expect to file the Form 10-K by the prescribed due date allowed pursuant to Rule 12b-25.
>
> The Company continues to work diligently to complete the preparation of its consolidated financial statements in order to be in a position to file its Annual Report on Form 10-K for the fiscal year ended December 31, 2017 with the SEC as soon as possible.
>
> The Company also announced that, as expected, it has received a notice from the New York Stock Exchange (the "NYSE") indicating that the Company is not in compliance with the NYSE's continued listing requirements under the timely filing criteria outlined in Section 802.01E of the NYSE Listed Company Manual as a result of the Company's failure to timely file its Annual Report on Form 10-K for the fiscal year ended December 31, 2017.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

The NYSE informed the Company that, under the NYSE's rules, the Company will have six months from March 16, 2018 to file the Form 10-K with the SEC. The Company can regain compliance with the NYSE continued listing requirements at any time before that date by filing the Form 10-K with the SEC. If the Company fails to file the Form 10-K before the NYSE's six-month compliance deadline, the NYSE may grant, at its sole discretion, an extension of up to six additional months for the Company to regain compliance, depending on the specific circumstances.

56.     On April 5, 2018, the Company filed a Form 8-K with the SEC and stated in relevant part:

On April 5, 2018, the Board of Directors (the "Board") of WageWorks, Inc. (the "Company") concluded that the Company's financial statements for (i) the quarterly and year-to-date periods ended June 30 and September 30, 2016, (ii) the year ended December 31, 2016 and (iii) the quarterly and year-to-date periods ended March 31, June 30 and September 30, 2017 (collectively, the "Non-Reliance Periods") should be restated and should no longer be relied upon. Further, the Company's disclosures related to such financial statements and related communications issued by or on behalf of the Company with respect to the Non-Reliance Periods, including management's assessment of internal control over financial reporting as of December 31, 2016, should also no longer be relied upon. The determination was made upon the recommendation of the audit committee (the "Audit Committee") of the Board, as a result of the investigation described below and after consultation with the Company's independent auditors and management team.

The Audit Committee has been conducting an independent investigation of the Company's accounting practices, financial statement reporting and internal control over financial reporting for fiscal 2016 and 2017. As previously announced, among other matters, the investigation has included a review of certain issues, including revenue

recognition, related to the accounting for a government contract during fiscal 2016 and associated issues with whether there was an open flow of information and appropriate tone at the top for an effective control environment. The Audit Committee has engaged independent professionals to assist its investigation and has been working closely with the Company's independent auditors throughout the process. Following the conclusion of the investigation, the Company will implement additional remediation measures, as appropriate, to redress any material weaknesses identified by management and the investigation.

As the Company had previously reported, the Company has delayed the filing of its Annual Report on Form 10-K for the period ended December 31, 2017 (the "2017 Form 10-K"). The Company expects to file its 2017 Form 10-K, which will reflect restated results for the year-to-date period ended December 31, 2016, the quarter-to-date periods ended June 30 and September 30, 2016, and the quarter-to-date periods ended March 31, June 30 and September 30, 2017, as soon as practicable.

As previously disclosed in the Form 12b-25 filed on March 2, 2018, the Board, upon recommendation of the Audit Committee, has concluded that the Company has a material weakness in its internal control over financial reporting as of December 31, 2017 related to managing change and assessing risk in the areas of non-routine and complex transactions. As a result of the material weakness, the Board, upon recommendation of the Audit Committee, has concluded that the Company's internal control over financial reporting and disclosure controls and procedures were ineffective as of December 31, 2017. The Company is in the process of addressing this material weakness. The Company intends to disclose a more detailed description of this weakness, including a plan for remediating this deficiency, in its 2017 Form 10-K. The Audit Committee investigation of accounting and internal control matters is ongoing and may ultimately result in the identification of other accounting issues, further material weaknesses,

and/or require the restatement of other Company financial statements for previous periods.

The Company's management and the Audit Committee have discussed the matters disclosed in this Form 8-K with the Company's independent registered public accounting firm, KPMG LLP.

Item 2.02, Results of Operations and Financial Condition.

Expected Impact of Restatement

Preliminary indications from the Company's review are that the necessary adjustments to the Company's financial statements for fiscal year 2016 are expected to result in an estimated aggregate decrease in revenue (which was previously reported as $364.7 million) in the approximate range of $6.5 million to $9.5 million, an estimated aggregate decrease in net income (which was previously reported as $20.2 million) in the approximate range of $3.5 million to $5.5 million, and an estimated aggregate decrease in the non-GAAP financial measure adjusted EBITDA (which was previously reported as $108.0 million) in the approximate range of $6.0 million to $9.0 million. Although the Company's review of 2017 is ongoing, the Company has not identified any adjustments to its financial statements that would be expected to cause revenue for fiscal year 2017 to differ materially from the Company's previous guidance.

The Company has not yet completed its final determination and review of the matters discussed above and, therefore, the amounts described above and the periods to which they relate are preliminary, unaudited estimates that are subject to change. There can be no assurance that the final amounts and adjustments will not differ materially from the estimated amounts described above, or that additional adjustments will not be identified, the impact of which may be material.

57.     On May 10, 2018, the Company filed a Form 8-K with the SEC and stated in relevant part:

> As previously disclosed, WageWorks, Inc. (the "Company") is continuing its review of its financial statements and internal controls over financial reporting for the fiscal year ended December 31, 2017.   The Company believes its previous guidance with respect to the adjustments to the Company's financial statements for fiscal year 2016 is materially correct.   The Company, to date, has not identified any material adjustments to its financial statements that would be expected to cause revenue or adjusted EBITDA for fiscal year 2017 to differ materially from the information disclosed on November 8, 2017.
>
> The Company's view on financial results for the fiscal year ended December 31, 2017 are based upon the Company's estimates and subject to completion of its financial closing procedures. The statements are not a comprehensive statement of the Company's financial results for this period, and its actual results may differ materially from these estimates due to the completion of financial closing procedures, final adjustments, and other developments that may arise between now and the time the Company's financial statements are filed with the Securities and Exchange Commission ("SEC").
>
> Item 8.01 Other Events.
>
> The restatement process includes a detailed review of the Company's accounting policies and processes. Due to the high volume of transactions processed by the Company and multiple platforms, the effort is extensive but the Company believes the effort is manageable. The Company continues to work diligently to conclude the process as expeditiously as possible.
>
> Additionally, in connection with the above, the Audit Committee of the Company's Board of Directors

conducted an independent investigation of the Company's accounting practices, financial statement reporting and internal control over financial reporting for fiscal 2016 and 2017. As previously disclosed, among other matters, the investigation included a review of certain issues, including revenue recognition, related to the accounting for a government contract during fiscal 2016 and associated issues with whether there was an open flow of information and appropriate tone at the top for an effective control environment. The Audit Committee engaged independent professionals to assist its investigation throughout the process. The Audit Committee has concluded its investigation. Among its other findings, the Audit Committee has determined that no illegal acts occurred.

The Company expects to report material weaknesses in its internal control over financial reporting as of December 31, 2017 related to managing change and assessing risk in the areas of non-routine and complex transactions, tone at the top, and commitment to competencies in the areas of non-routine and complex transactions. As a result of the material weaknesses, the Board, upon recommendation of the Audit Committee, concluded that the Company's internal control over financial reporting and disclosure controls and procedures were ineffective as of December 31, 2017.

The Company voluntarily contacted the San Francisco office of the SEC regarding the restatement and independent investigation and will cooperate with any inquiries regarding the matter.

## DUTIES OF DEFENDANTS

58. By reason of their positions as officers, directors, and/or fiduciaries of WageWorks and because of their ability to control the business and corporate affairs of WageWorks, Defendants owed the Company and its shareholders fiduciary obligations of trust, loyalty, good faith and due care, and were and are required to use their utmost ability to control and manage WageWorks in a fair,

just, honest, and equitable manner.  Defendants were and are required to act in furtherance of the best interests of WageWorks and its shareholders so as to benefit all shareholders equally, and not in furtherance of their personal interest or benefit.

59.     Each director and officer of the Company owes to WageWorks and its shareholders the fiduciary duty to exercise good faith and diligence in the administration of the affairs of the Company and in the use and preservation of its property and assets, as well as the highest obligations of fair dealing.  In addition, as officers and/or directors of a publicly held company, Defendants had a duty to promptly disseminate accurate and truthful information with regard to the Company's operations, finances, financial condition, and present and future business prospects so that the market price of the Company's stock would be based on truthful and accurate information.

60.     Defendants, because of their positions of control and authority as directors and/or officers of WageWorks, were able to and did, directly and/or indirectly, exercise control over the wrongful acts complained of herein, as well as the contents of the various public statements issued by the Company.  Because of their advisory, executive, managerial and directorial positions with WageWorks, each of the Defendants had access to adverse non-public information about the financial condition, operations, sales and marketing practices, and improper representations of WageWorks.

61.     To discharge their duties, the officers and directors of WageWorks were required to exercise reasonable and prudent supervision over the management, policies, practices, and controls of the financial affairs of the Company.  By virtue of such duties, the officers and directors of WageWorks were required to, among other things:

a)    ensure that the Company complied with its legal obligations and requirements, including acting only within the scope of its legal authority and disseminating truthful and accurate statements to the investing public;

b)    conduct the affairs of the Company in an efficient, business-like manner so as to make it possible to provide the highest quality performance of its business, to avoid wasting the Company's assets, and to maximize the value of the Company's stock;

c)    properly and accurately guide investors and analysts as to the true financial condition of the Company at any given time, including making accurate statements about the Company's business prospects, and ensuring that the Company maintained an adequate system of financial controls such that the Company's financial reporting would be true and accurate at all times;

d)    remain informed as to how WageWorks conducted its operations, and, upon receipt of notice or information of imprudent or unsound conditions or practices, make reasonable inquiry in connection therewith, take steps to correct such conditions or practices and make such disclosures as necessary to comply with federal and state securities laws; and

e)    ensure that the Company was operated in a diligent, honest and prudent manner in compliance with all applicable federal, state and local laws, rules and regulations;

62.    Each Defendant, by virtue of his position as a director and/or officer, owed to the Company and to its shareholders the fiduciary duties of loyalty, good faith, and the exercise of due care and diligence in the management and administration of the affairs of the Company, as well as in the use and preservation of its property and assets.  The conduct of Defendants complained of herein involves a knowing and culpable violation of their obligations as directors and officers of WageWorks, the absence of good faith on their part, and a reckless

1  disregard for their duties to the Company and its shareholders that Defendants
2  were aware or should have been aware posed a risk of serious injury to the
3  Company.

4       63.    Each director and officer of the Company owed to WageWorks the
5  fiduciary duty to exercise due care and diligence in the administration of the affairs
6  of the Company and in the use and preservation of its property and assets, and the
7  highest obligations of good faith and fair dealing.  In addition, as officers and/or
8  directors of a publicly held company, Defendants had a duty not to advance their
9  own personal, financial, or economic interests over, and at the expense of, the
10 Company's public shareholders, or to allow other WageWorks directors, officers,
11 and/or employees to do so.  Each director and officer of the Company also owed
12 WageWorks and its shareholder-owners the duty to maintain the Company's
13 confidential information and prevent others from misappropriating and/or trading
14 while in possession of the Company's proprietary, confidential information.

15      64.    Defendants breached their duties of loyalty and good faith by causing
16 the Company to misrepresent the information as detailed *infra.* Defendants'
17 subjected the Company to the costs of defending and the potential liability from a
18 class action lawsuit for violations of the federal securities laws.  As a result,
19 WageWorks has expended, and will continue to expend, significant sums of money.

20      65.    Defendants' actions have irreparably damaged WageWorks's
21 corporate image and goodwill.

22               **DEMAND FUTILITY ALLEGATIONS**
23           **FOR THE BOARD OF WAGEWORKS**

24      66.    Plaintiff will adequately and fairly represent the interests of
25 WageWorks and its shareholders in enforcing and prosecuting its rights.

26

27

28

---

67.    Plaintiff brings this action derivatively in the right and for the benefit of WageWorks to redress injuries suffered and to be suffered by WageWorks because of the breaches of fiduciary duty by Defendants.

68.    Because of the facts set forth herein, Plaintiff has not made a demand on the Board of WageWorks to institute this action against Defendants.   Such demand would be a futile and useless act because the Board is incapable of making an independent and disinterested decision to institute and vigorously prosecute this action.

69.    The WageWorks Board is currently comprised of Jackson, Bevilacqua, Bodaken, Byerwalter, Gramaglia, Larson, Metzger and Montes.  Thus, Plaintiff is required to show that a majority of Defendants, *i.e.*, *four* (4), cannot exercise independent objective judgment about whether to bring this action or whether to vigorously prosecute this action.

70.    Defendants face a substantial likelihood of liability in this action because they caused WageWorks to issue false and misleading statements concerning the information described herein.  Because of their advisory, executive, managerial, and directorial positions with WageWorks, Defendants had knowledge of material non-public information regarding the Company and was directly involved in the operations of the Company at the highest levels.

71.    Defendants either knew or should have known of the false and misleading statements that were issued on the Company's behalf and took no steps in a good faith effort to prevent or remedy that situation, proximately causing millions of dollars of losses for WageWorks shareholders.

72.    Defendants (or at the very least a majority of them) cannot exercise independent objective judgment about whether to bring this action or whether to vigorously prosecute this action.  For the reasons that follow, and for reasons detailed elsewhere in this Complaint, Plaintiff has not made (and is excused from

making) a pre-filing demand on the Board to initiate this action because making a demand would be a futile and useless act.

73.     Any suit by the Board to remedy these wrongs would likely expose the Company to further violations of the securities laws that would result in civil actions being filed; thus, the Board members are hopelessly conflicted in making any supposedly independent determination about whether to sue themselves.

74.     Defendants approved and/or permitted the wrongs alleged herein to have occurred and participated in efforts to conceal or disguise those wrongs from the Company's stockholders or recklessly and/or with gross negligence disregarded the wrongs complained of herein and are therefore not disinterested parties.

75.     Defendants authorized and/or permitted the Company to make false statements that disseminated directly to the public and made available and distributed to shareholders, authorized and/or permitted the issuance of various false and misleading statements, and are principal beneficiaries of the wrongdoing alleged herein, and thus, could not fairly and fully prosecute such a suit even if they instituted it.

## DEFENDANTS ARE NOT INDEPENDENT

**Defendant Montes**

76.     Defendant Montes is President and CEO of the Company.  Defendant Montes is also a Director of the Company.

77.     Defendant Montes is not disinterested or independent, and therefore, is incapable of considering demand because Monte (as CEO) is an employee of the Company who derived substantially all of his income from his employment with WageWorks, making him not independent.   As such, Monte cannot independently consider any demand to sue himself for breaching his fiduciary duties to the Company, because that would expose him to liability and threaten his livelihood.

78.    This lack of independence and financial benefits received by Defendant Montes renders him incapable of impartially considering a demand to commence and vigorously prosecute this action.

**Defendant Jackson**

79.    Defendant Jackson is not disinterested or independent, and therefore, is incapable of considering demand because Defendant Jackson is a named Defendant in the instant action and in the securities class actions entitled *Gov't Employees' Retirement Sys. of the Virgin Islands v. WageWorks, Inc.,* Case 4:18-cv-01523-JSW (N.D. Cal.) and *Roger Hadden v. WageWorks, Inc., et al.*, 3:18-cv-01796 (N.D. Cal.).

80.    Further, in the secondary offering, Defendant Jackson took advantage of the inflation on the trading price of WageWorks common stock arising from the previously issued false and misleading financial statements. Defendant Jackson sold nearly all of his holdings in WageWorks common stock, selling 495,148 shares after exercising options to purchase more than 400,000 shares at prices between $5.32 and $9.59 per share and generating proceeds of $31.3 million.   Defendant Jackson's stock sales were not made pursuant to a 10b5-1 trading plan and they were dramatically out of line with past trading practices.

**Defendants Metzger, Byerwalter and Bodaken**

81.    Defendants Metzger, Byerwalter and Bodaken are members of the Audit Committee.

82.    Pursuant to the Company's Audit Committee Charter, the members of the Audit Committee are responsible for, *inter alia*, overseeing the accounting and financial reporting processes of the Company and the audits of the financial statements of the Company.  Specifically, as a member of the Audit Committee, Defendants Metzger, Byerwalter and Bodaken was tasked with reviewing the

Company's compliance with applicable laws and regulations and reviewing and overseeing any policies, procedures and programs designed to promote such compliance.

83.   Defendants Metzger, Byerwalter and Bodaken breached their fiduciary duties of due care, loyalty, and good faith, because as members of the Audit Committee, *inter alia*, they allowed or permitted false and misleading statements to be disseminated in the Company's SEC filings and other disclosures and, otherwise, failed to ensure that adequate internal controls were in place regarding the serious accounting issues and deficiencies described above. Therefore, Defendants Metzger, Byerwalter and Bodaken face a substantial likelihood of liability for their breach of fiduciary duties and any demand upon him is futile.

**Defendants Bevilacqua and Gramaglia**

84.   Defendant Bevilacqua founded ArrowPath Venture Partners, an early stage venture capital fund that was later spun out from E*TRADE and served as the Managing Partner of that firm from 1999 to November 2007.   Defendant Bevilacqua served as Executive Vice President of E*TRADE Financial from 1997 to 2002, where he served in a variety of operational roles and established E*TRADE's acquisition and investment strategies.

85.   Defendant Gramaglia served as Partner for ArrowPath Venture Partners and as President and Chief Operating Officer for E*TRADE Group, Inc.

86.   Defendants Bevilacqua and Gramaglia (with close business ties) are not disinterested or independent, and therefore, are incapable of considering demand.

**FIRST CAUSE OF ACTION**

**Against Defendants For Breach of Fiduciary Duty**

87.    Plaintiff incorporates by reference and re-alleges each allegation contained above, as though fully set forth herein.

88.    Defendants owed and owe WageWorks fiduciary obligations.  By reason of their fiduciary relationships, Defendants owed and owe WageWorks the highest obligation of good faith, fair dealing, loyalty and due care.

89.    Defendants, and each of them, violated and breached their fiduciary duties of care, loyalty, reasonable inquiry, oversight, good faith and supervision.

90.    Defendants had actual or constructive knowledge that they had caused the Company to improperly misrepresent the business prospects of the Company. These actions could not have been a good faith exercise of prudent business judgment to protect and promote the Company's corporate interests.

91.    As a direct and proximate result of Defendants' failure to perform their fiduciary obligations, WageWorks has sustained significant and actual damages.  As a result of the misconduct alleged herein, Defendants are liable to the Company.

92.    Plaintiff, on behalf of WageWorks, has no adequate remedy at law.

**SECOND CAUSE OF ACTION**

**Against Defendants for Unjust Enrichment**

93.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above, as though fully set forth herein.

94.    By their wrongful acts and omissions, Defendants were unjustly enriched at the expense of and to the detriment of WageWorks in the form of salaries, bonuses, and other forms of compensation.

95.    Further, in the secondary offering, Defendant Jackson took advantage of the inflation on the trading price of WageWorks common stock arising from the previously issued false and misleading financial statements.

Defendant Jackson sold nearly all of his holdings in WageWorks common stock, selling 495,148 shares after exercising options to purchase more than 400,000 shares at prices between $5.32 and $9.59 per share and generating proceeds of $31.3 million.  Defendant Jackson's stock sales were not made pursuant to a 10b5-1 trading plan and they were dramatically out of line with past trading practices.

96.     Plaintiff, as a shareholder and representatives of WageWorks, seeks restitution from Defendants, and each of them, and seeks an order of this Court disgorging all profits, benefits and other compensation obtained by these Defendants, and each of them, from their wrongful conduct and fiduciary breaches.

## THIRD CAUSE OF ACTION

### (Against Defendants for Abuse of Control)

97.     Plaintiff incorporates by reference and re-alleges each and every allegation set forth above, as though fully set forth herein.

98.     Defendants' misconduct alleged herein constituted an abuse of their ability to control and influence the Company, for which they are legally responsible.

99.     As a direct and proximate result of Defendants' abuse of control, the Company has sustained significant damages.  As a direct and proximate result of Defendants' breaches of their fiduciary obligations of candor, good faith, and loyalty, the Company has sustained and continues to sustain significant damages.

100.   As a result of the misconduct alleged herein, Defendants are liable to the Company.  Plaintiff, on behalf of the Company, has no adequate remedy at law.

## FOURTH CAUSE OF ACTION

### (Against Defendants for Waste of Corporate Assets)

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

101.   Plaintiff incorporates by reference and re-alleges each and every allegation set forth above, as though fully set forth herein.

102.   As a result of the foregoing, and by failing to properly consider the interests of the Company and its public shareholders, Defendants have caused the Company to waste valuable corporate assets by failing to disclose (i) the Company had a material weakness in its internal control over financial reporting; (ii) the Company's disclosure controls and procedures were not effective; and (iii) as a result of the foregoing, the Company's public statements were materially false and misleading at all relevant times.

103.   As a result of the waste of corporate assets, Defendants are each liable to the Company.

104.   Plaintiff, on behalf of the Company, has no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff pray for relief and judgment as follows:

A.   Against Defendants in favor of the Company for the amount of damages sustained by the Company as a result of Defendants' breaches of fiduciary duties, unjust enrichment, abuse of control, and waste of corporate assets;

B.   Awarding to Plaintiff the costs and disbursements of the action, including reasonable attorney's fees, accountants' and experts' fees, costs, and expenses; and

C.   Granting such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1 | DATED: July 23, 2018

2

3

By: */s/ Jon A. Tostrud*
    Jon A. Tostrud (SBN 199502)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile (310) 278-2640
Email: jtostrud@tostrudlaw.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel:   (212) 983-1300
Fax:   (212) 983-0383
Email: tjmckenna@gme-law.com

*Attorneys for Plaintiff*

## VERIFICATION

I, MELVYN KLEIN, have reviewed the allegations made in this Shareholder Derivative Complaint, know the contents thereof, and authorize its filing. To those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely upon my counsel and their investigation and believe them to be true. I further declare that I am a current holder, and have been a holder, of Wageworks, Inc. common stock at all relevant times.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this ﹍20﹍ day of July 2018.

MELVYN KLEIN