UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN KLEIN, Derivatively on Behalf of Nominal Defendant WageWorks, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH L. JACKSON, THOMAS A. BEVILACQUA, BRUCE G. BODAKEN, MARIANN BYERWALTER, JEROME D. GRAMAGLIA, JOHN W. LARSON, ROBERT L. METZGER, AND EDWARD C. NAFUS,<br><br>Defendants. | Case No. 18-cv-04445-EMC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Jeffrey S. White to determine whether it is related to *In Re WageWorks, Inc.*, Case No. C18-05123 JSW.

**IT IS SO ORDERED.**

Dated: September 24, 2018

_____
EDWARD M. CHEN
United States District Judge