1  AMY S. PARK (S.B. #208204)
   apark@omm.com
2  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
3  Menlo Park, California  94025-7019
   Telephone:     +1 650 473 2600
4  Facsimile:     +1 650 473 2601

5  Attorneys for Defendants
   Thomas A. Bevilacqua, Bruce G. Bodaken,
6  Mariann Byerwalter, Jerome D. Gramalia,
   John W. Larson, Robert L. Metzger and
7  Edward C. Nafus

8  [*Additional Counsel on Signature Page*]

9

10

                    **UNITED STATES DISTRICT COURT**

11
                    **NORTHERN DISTRICT OF CALIFORNIA**
12

13

   MELVYN KLEIN,                          Case No. 18-cv-04445-JSW
14
                  Plaintiff,              **STIPULATION AND [PROPOSED]**
15                                         **ORDER OF DISMISSAL WITHOUT**
        v.                                 **PREJUDICE PURSUANT  TO**
16                                         **FEDERAL RULE OF CIVIL**
   JOSEPH L. JACKSON, et al.,              **PROCEDURE 25(A)(1)**
17
                  Defendant.
18

19     WHEREAS, on July 23, 2018, Plaintiff Melvyn Klein, then a shareholder of WageWorks,

20  Inc. ("WageWorks"), filed this shareholder derivative case on behalf of WageWorks;

21     WHEREAS, the Court subsequently entered an order staying the case indefinitely;

       WHEREAS, on August 30, 2019, WageWorks merged with HealthEquity, Inc.  As a
22
    result of that transaction, Defendants contend Plaintiff and all other WageWorks shareholders lost
23
    standing to pursue any derivative claims as a matter of law.  Plaintiff contended, however, that
24
    under Delaware law applicable to WageWorks, he had an economic interest in the derivative
25
    litigation and possessed a direct inseparable fraud claim to remedy unlawful conduct that
26
    occurred pre-merger.
27
       WHEREAS, this claim for inseparable fraud was litigated in a separate, parallel action in
28
    *In re WageWorks Derivative Litigation*, Lead Case No. 18CIV03264, California Superior Court,

                                                    STIPULATION AND PROPOSED
                                                    ORDER OF DISMISSAL
                                                    NO.  18-CV-04445-JSW

San Mateo County. That action was dismissed without prejudice on forum selection grounds and the dismissal was affirmed on appeal.

WHEREAS, on February 17, 2022, counsel for Plaintiff in this action filed a Suggestion of Death Upon the Record pursuant to Federal Rule of Civil Procedure 25(a), informing the Court and Defendants of Plaintiff's passing;

WHEREAS, on February 18, 2022, the parties filed a joint status report in which Defendants requested that the Court enter an order dismissing this action and closing the case pursuant to Federal Rule of Civil Procedure 25(a)(1), reasoning that because the WageWorks-HealthEquity merger extinguished the right of Plaintiff and all other WageWorks shareholders to pursue a derivative claim on WageWorks' behalf, there is no legal right or basis for any person to be substituted in Plaintiff's place;

WHEREAS, in the February 18, 2022 status report, Plaintiff's counsel stated that he was not currently aware of any shareholder other than Plaintiff or those who take under his death as potentially claiming any legal right or authority to substitute in as a plaintiff in this derivative action;

WHEREAS, since the filing of the joint status report, no shareholder or anyone taking under Plaintiff's death has claimed any legal right or authority to substitute in as a plaintiff in this derivative action and the time to do so has expired;

NOW THEREFORE, in light of the foregoing, the Defendants and Plaintiff's counsel HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.      Since the filing of the joint status report on February 18, 2022, no shareholder or anyone taking under Plaintiff's death has claimed any legal right or authority to substitute in as a plaintiff in this derivative action;

2.      The action is hereby dismissed in its entirety without prejudice and the case shall be closed pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated: August 26, 2022                         AMY S. PARK
                                               O'MELVENY & MYERS LLP


                                               By:     /s/ Amy Park
                                                        Amy S. Park


- 2 -                                          STIPULATION AND PROPOSED
                                               ORDER OF DISMISSAL
                                               NO.  18-CV-04445-JSW

1     Attorneys for Defendants
      Thomas A. Bevilacqua, Bruce G. Bodaken,
2     Mariann Byerwalter, Jerome D. Gramalia,
      John W. Larson, Robert L. Metzger and
3     Edward C. Nafus
4
      Dated:  August 26, 2022          MICHAEL S. DICKE
5                                      CATHERINE KEVANE
                                       KATHERINE MARSHALL
6                                      FENWICK & WEST LLP
7
8                                      By:     /s/ Catherine Kevane
                                                  Catherine Kevane
9
                                       Attorneys for Defendant
10                                     Joseph L. Jackson
11
      Dated:  August 26, 2022          IGNACIO E. SALCEDA
12                                     WILSON SONSINI GOODRICH & ROSATI
                                       Professional corporation
13
14
                                       By:     /s/ Ignacio Salceda
15                                                Ignacio Salceda
16                                     Attorneys for Nominal Party
                                       WageWorks, Inc.
17
      Dated: August 26, 2022           THOMAS J. MCKENNA
18                                     GAINEY McKENNA & EGLESTON
19                                     JON A. TOSTRUD
                                       TOSTRUD LAW GROUP, P.C.
20
21
                                       By:     /s/ Thomas J. McKenna
22                                                Thomas McKenna
23                                     Attorneys for Plaintiff
24
25
26
27
28
                                                  STIPULATION AND PROPOSED
                          - 3 -                   ORDER OF DISMISSAL
                                                  NO.  18-CV-04445-JSW

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: August 26, 2022                                   AMY S. PARK
                                                         O'MELVENY & MYERS LLP


                                                         By:      /s/ Amy Park
                                                                  Amy S. Park

STIPULATION AND PROPOSED
ORDER OF DISMISSAL
NO.  18-CV-04445-JSW

1

**PROPOSED ORDER**

2
Upon the stipulation of the parties to this action, it is HEREBY ORDERED  that:

3
      1.      The action is hereby dismissed in its entirety with prejudice pursuant to Federal

4
Rule of Civil Procedure 25(a)(1).

5
      2.      The clerk shall enter an order closing the case.

6

7

8
                       _____

                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED
ORDER OF DISMISSAL
NO.  18-CV-04445-JSW