AMY S. PARK (S.B. #208204)
apark@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:     +1 650 473 2600
Facsimile:      +1 650 473 2601

Attorneys for Defendants
Thomas A. Bevilacqua, Bruce G. Bodaken,
Mariann Byerwalter, Jerome D. Gramalia,
John W. Larson, Robert L. Metzger and
Edward C. Nafus

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVYN KLEIN,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOSEPH L. JACKSON, et al.,<br><br>                    Defendant. | Case No. 18-cv-04445-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT  TO FEDERAL RULE OF CIVIL PROCEDURE 25(A)(1)** |

WHEREAS, on July 23, 2018, Plaintiff Melvyn Klein, then a shareholder of WageWorks, Inc. ("WageWorks"), filed this shareholder derivative case on behalf of WageWorks;

WHEREAS, the Court subsequently entered an order staying the case indefinitely;

WHEREAS, on August 30, 2019, WageWorks merged with HealthEquity, Inc.  As a result of that transaction, Defendants contend Plaintiff and all other WageWorks shareholders lost standing to pursue any derivative claims as a matter of law.  Plaintiff contended, however, that under Delaware law applicable to WageWorks, he had an economic interest in the derivative litigation and possessed a direct inseparable fraud claim to remedy unlawful conduct that occurred pre-merger.

WHEREAS, this claim for inseparable fraud was litigated in a separate, parallel action in *In re WageWorks Derivative Litigation*, Lead Case No. 18CIV03264, California Superior Court,

San Mateo County. That action was dismissed without prejudice on forum selection grounds and the dismissal was affirmed on appeal.

WHEREAS, on February 17, 2022, counsel for Plaintiff in this action filed a Suggestion of Death Upon the Record pursuant to Federal Rule of Civil Procedure 25(a), informing the Court and Defendants of Plaintiff's passing;

WHEREAS, on February 18, 2022, the parties filed a joint status report in which Defendants requested that the Court enter an order dismissing this action and closing the case pursuant to Federal Rule of Civil Procedure 25(a)(1), reasoning that because the WageWorks-HealthEquity merger extinguished the right of Plaintiff and all other WageWorks shareholders to pursue a derivative claim on WageWorks' behalf, there is no legal right or basis for any person to be substituted in Plaintiff's place;

WHEREAS, in the February 18, 2022 status report, Plaintiff's counsel stated that he was not currently aware of any shareholder other than Plaintiff or those who take under his death as potentially claiming any legal right or authority to substitute in as a plaintiff in this derivative action;

WHEREAS, since the filing of the joint status report, no shareholder or anyone taking under Plaintiff's death has claimed any legal right or authority to substitute in as a plaintiff in this derivative action and the time to do so has expired;

NOW THEREFORE, in light of the foregoing, the Defendants and Plaintiff's counsel HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.      Since the filing of the joint status report on February 18, 2022, no shareholder or anyone taking under Plaintiff's death has claimed any legal right or authority to substitute in as a plaintiff in this derivative action;

2.      The action is hereby dismissed in its entirety without prejudice and the case shall be closed pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated: August 26, 2022                   AMY S. PARK
                                         O'MELVENY & MYERS LLP


                                         By:     */s/ Amy Park*
                                                 Amy S. Park

STIPULATION AND ~~PROPOSED~~
ORDER OF DISMISSAL
NO. 18-CV-04445-JSW

1

2
                                 Attorneys for Defendants
                                 Thomas A. Bevilacqua, Bruce G. Bodaken,

3
     Mariann Byerwalter, Jerome D. Gramalia,
     John W. Larson, Robert L. Metzger and

4
     Edward C. Nafus

Dated:  August 26, 2022           MICHAEL S. DICKE

5
     CATHERINE KEVANE
     KATHERINE MARSHALL

6
     FENWICK & WEST LLP

7

8
     By:     */s/ Catherine Kevane*

9
              Catherine Kevane

10
     Attorneys for Defendant
     Joseph L. Jackson

11

Dated:  August 26, 2022           IGNACIO E. SALCEDA

12
     WILSON SONSINI GOODRICH & ROSATI
     Professional corporation

13

14
     By:     */s/ Ignacio Salceda*

15
              Ignacio Salceda

16
     Attorneys for Nominal Party
     WageWorks, Inc.

17

Dated: August 26, 2022           THOMAS J. MCKENNA

18
     GAINEY McKENNA & EGLESTON

19
     JON A. TOSTRUD
     TOSTRUD LAW GROUP, P.C.

20

21

22
     By:     */s/ Thomas J. McKenna*
              Thomas McKenna

23
     Attorneys for Plaintiff

24

25

26

27

28

                      STIPULATION AND ~~PROPOSED~~
                      ORDER OF DISMISSAL
                      NO.  18-CV-04445-JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ~~PROPOSED~~ ORDER

Upon the stipulation of the parties to this action, it is HEREBY ORDERED  that:

1.      The action is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 25(a)(1).

2.      The clerk shall enter ~~an~~ this order closing the case.

Dated:  August 26, 2022

_____
United States District Judge

STIPULATION AND ~~PROPOSED~~
ORDER OF DISMISSAL
NO.  18-CV-04445-JSW